# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 18-13553
_____

WILLIAM JAMES,
  Sui Juris,
TERRI V. TUCKER,
  Sui Juris,
  a.k.a. Terri V. Donald-Strickland,
  a.k.a. TLo-Redness,

                     *Plaintiffs-Counter Defendants-Appellants,*

versus

BARBARA HUNT,
JUDGE THOMAS W. THRASH, JR.,

                      *Defendants-Appellees,*

HARPO,
LIONSGATE ENTERTAINMENT,
OPRAH WINFREY NETWORK,
(OWN),
OPRAH WINFREY,
  d.b.a. Oprah Winfrey Network,
TYLER PERRY COMPANY,
TYLER PERRY STUDIOS,

(TPS),

TYLER PERRY,

  a.k.a. Emmett Perry Jr.,
  a.k.a. Emmett J. Perry,
  a.k.a. Buddy,
  a.k.a. John Ivory,
  a.k.a. Emmett M. Perry, et al.,

                    *Defendants-Counter Claimants-Appellees.*

———————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-01181-TWT

———————

Before WILLIAM PRYOR, Chief Judge, and GRANT and BLACK, Circuit Judges.

BY THE COURT:

    Appellants' motion to recall the mandate is DENIED.